# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JORDAAN JAIRRION TILLMAN   # 209116**                                          **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION: 1:18cv250-RHW**

**DAVID DUNKIN-HOBBS,** *et al.*                                             **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered this date granting summary judgment in favor of the Defendants, the Court hereby enters its Final Judgment in the above-captioned matter.

**IT IS ORDERED** that this case is dismissed.

**SO ORDERED**, this the 17th day of October 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE